UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WATZKE,<br>　　　　Plaintiff,<br>　　v.<br>JOE BIDEN, et al.,<br>　　　　Defendants. | Case No. 23-cv-00442-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *Watzke v. Biden*, 3:22-CV-4855-LB.

　　　　**IT IS SO ORDERED.**

Dated: February 3, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge