UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. WATZKE,<br><br>       Plaintiff,<br><br>   v.<br><br>AMERIA / U.S.A. MILITARY,<br><br>       Defendant. | Case No. 23-cv-00935-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to C-22-04855 LB.

**IT IS SO ORDERED.**

Dated: March 6, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge