UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WATZKE,<br>    Plaintiff,<br>v.<br>JOE BIDEN, et al.,<br>    Defendants. | Case No. 22-cv-04855-RS<br><br>**JUDGMENT** |
| NICHOLAS WATZKE,<br>    Plaintiff,<br>v.<br>JOE BIDEN, et al.,<br>    Defendants. | Case No. 22-cv-05745-RS |
| NICHOLAS WATZKE,<br>    Plaintiff,<br>v.<br>JOE BIDEN, et al.,<br>    Defendants. | Case No. 23-cv-00442-RS |

| | |
|---|---|
| NICHOLAS WATZKE,<br>   Plaintiff,<br> v.<br>JOE BIDEN, et al.,<br>   Defendants. | Case No. 22-cv-00935-RS |

Pursuant to the Order Adopting the Report and Recommendation to Dismiss Complaints, Dkt. No. 94, and Federal Rule of Civil Procedure 58, judgment is entered dismissing plaintiff Nicholas Watzke's complaints.

**IT IS SO ORDERED**.

Dated: October 10, 2024

_____
RICHARD SEEBORG
Chief United States District Judge